# EXHIBIT "1"

DocuSign Envelope ID: F9CB4B0A-A0C9-495D-B0D4-064C796ECE57

# County Hall Insurance Company RRG

401 Hawthorne Ln Suite 110 #226 Charlotte, NC 28204
Phone: (760) 487-7399
Fax: (760) 487-7401

## FOR HIRE/TRUCKERS APPLICATION

**Name of Applicant:** ROAD BANG EXPRESS INC
**D/B/A:**
**Mailing Address:** 3620 NW 30TH AVE LOT E506
MIAMI, FL, 33142
**Garaging/Physical Address:**
(if different than mailing)
**Phone Number:** MIAMI, FL, 33142
**DOT No.:** 4085799
**MC No.:** 1555399
**E-Mail Address:** ROADBANGEXPRESS@HOTMAIL.COM
**Risk Control contact name and telephone number:**

**Producer Name:** 3321 Group LLC
**Address:** 20343 N Hayden Rd Suite 105
Scottsdale, AZ 85255
**Producer Code:**

**PROPOSED EFFECTIVE DATE:**
From 07/27/2023   To 07/27/2024
12:01 A.M., Standard Time, at the address of the Applicant.

### PLEASE ANSWER ALL QUESTIONS

### DESCRIPTION OF OPERATIONS

1. **Applicant is:** ☐ Individual  ☐ Partnership  ☒ Corporation  ☐ Joint Venture  ☐ LLC
   ☐ Other: ___
2. How long has this operation been in business? 0 years
3. How many years of experience does your management have in the truck/transportation business? 4 years
4. **Is account controlled?** ☐ Yes  ☒ No
5. Has there been any change in the nature of operations, ownership, management or the name of the operation during the last five years? ............ ☐ Yes  ☒ No
   If yes, provide details: ___
6. **Type of Carrier:** ☒ Motor Carrier  ☐ Private Carrier  ☐ Truck Broker  ☐ Freight Forwarder  ☐ Other
7. **Are ANY of the following commodities transported?**

| | | |
|---|---|---|
| ☐ Boats | ☐ Hay | ☐ Munitions |
| ☐ Coke or Coal | ☐ House | ☐ Oversize or Overweight Loads |
| ☐ Contaminated Dirt | ☐ Household Goods | ☐ Sand and/or Gravel |
| ☐ Fireworks | ☐ Livestock | ☐ Scrap, Waste, Garbage, Trash or Refuse |
| ☐ Gasoline, LPG, Butane or Propane | ☐ Logging or Pulpwood | ☐ Swinging Meat |

Page 1 of 7

DocuSign Envelope ID: F9CB4B0A-A0C9-495D-B0D4-064C796ECE57

8. **Are ANY of the following commodities transported in quantities requiring placarding?**

| ☐ Anhydrous Ammonia | ☐ Etiologic Agents | ☐ Poison A or B |
|---|---|---|
| ☐ Chemicals | ☐ Explosives or Blasting Agents | ☐ Radioactive Materials |
| ☐ Corrosive Material | ☐ Explosives, Class A, B or C | ☐ Any Material that is classified as Toxic by Inhalation |
| ☐ Cryogenic Liquid | ☐ Flammable Solids | |

9. **Does Applicant engage in ANY of the following?**

| ☐ Automobile Dismantling | ☐ Drive-Away Contracting | ☐ Oilfield Operations |
|---|---|---|
| ☐ Catering | ☐ Driver Training School | ☐ Public Livery |
| ☐ Circus or Carnival Operation | ☐ Emergency Transportation | ☐ Rigging or Using Mobile Cranes |
| ☐ Deliveries Using Armored Trucks | ☐ Towing Other Vehicles For Hire | ☐ Messenger, Courier, or Other Time Constraint Deliveries |
| ☐ Demolition | ☐ Mix-In-Transit | ☐ Truck Leasing or Truck Rental |

10. **Office/Stockholders Information:**
    Title: _Owner_     First Name: _____     Last Name: _____     Ownership %: _____

11. Is Applicant engaged in any other type of business?................................................................. ☐ Yes  ☒ No
12. Does Applicant operate private passenger vehicles?................................................................ ☐ Yes  ☒ No
13. Are they insured under a separate policy? ............................................................................. ☐ Yes  ☒ No
    Name of Insurer: _____
14. Does Applicant allow relatives, passengers, or co-drivers to accompany drivers?.................... ☐ Yes  ☒ No
15. Does Applicant haul containerized freight? ............................................................................. ☐ Yes  ☒ No
16. If fertilizer is hauled, is it:           ☒ None   ☐ Bagged   ☐ Dry Bulk   ☐ Liquid
    Provide specific generic chemical name of all types of fertilizer carried: _____
17. Is the Applicant an oversize or overweight hauler?................................................................... ☐ Yes  ☒ No
    Are any special (oversize/overweight or city permits) filings required? ..................................... ☐ Yes  ☒ No
18. Does applicant perform retail or wholesale delivery?................................................................ ☐ Yes  ☒ No
19. Does Applicant lease to other carriers?.................................................................................... ☐ Yes  ☒ No
20. Do other carriers trip lease to applicant?.................................................................................. ☐ Yes  ☒ No
21. Is Applicant full-time leased?..................................................................................................... ☐ Yes  ☒ No

22. **Areas of operations:**
    Maximum miles radius operated by any one vehicle? _____
    Does Applicant ever enter Canada?   ........................................................................................ ☐ Yes  ☒ No
    Does Applicant ever enter Mexico?   ........................................................................................ ☐ Yes  ☒ No
    Radius:
    ☐ Intrastate        ☐ Interstate
    ☐ 0-100 mi. _____ %     ☐ 101-300 mi. _____ %     ☐ 301-500 mi. _____ %     ☒ Over 500 mi. _100_ %

23. Liability for Non-trucking use leased to: _____

24. Are filings required?................................................................................................................. ☒ Yes  ☐ No
    If yes, complete Form ADM-166.
    Docket No.: MC1555399

25. Are any special (oversize/overweight or city permits) filings required? ..................................... ☐ Yes  ☒ No

26. Are any vehicles owned, operated or leased that are not included in the vehicle schedule? ..... ☐ Yes  ☒ No
    If yes, provide details: _____

27. **Do you have motor carrier brokerage authority?**................................................................... ☐ Yes  ☒ No
    If yes, is the brokerage authority held under the same name and motor carrier number as your trucking operation?............................................................................................................................... ☐ Yes  ☐ No
    What is your motor carrier brokerage number? _____
    Whose name appears on the bill of lading as the carrier? _____
    What is your brokerage revenue for the most recent twelve (12) months? _____
    Estimated next twelve (12) months? _____

DocuSign Envelope ID: F9CB4B0A-A0C9-495D-B0D4-064C796ECE57

28. **Do you have a signed trailer interchange agreement?** ........................................................................ ☐ Yes ☒ No
    If yes, provide a copy of the signed agreement, cover letter and provider list.

29. **Are any vehicles or equipment loaned, rented, or leased to others?** ................................................. ☐ Yes ☒ No
    If yes, explain: _____
    _____

30. **Do you use double or triple trailers?** ................................................................................................ ☐ Yes ☒ No
    If yes, what percentage of trips involves the use of multiple trailers? .......................................... _____ %

31. **Do you use sub-haulers?** .................................................................................................................... ☐ Yes ☒ No
    If yes, provide cost of hire: $_____
    Provide a copy of the contract.

32. **Do you lease, hire, rent, or borrow any vehicles from others without drivers?** ................................ ☐ Yes ☒ No
    Will they be scheduled on the policy? ........................................................................................... ☐ Yes ☒ No
    What is the average term of the lease? _____

33. **What is your cost to lease, hire, rent or borrow vehicles?**
    With drivers $_____    Without drivers $_____
    Estimated cost of hired autos:
    Next twelve (12) months: $_____    Most recent twelve (12) months: $_____

### COMMODITIES HAULED

34. **Provide information for commodities hauled:**

| Commodity | % of Loads | Average Value | Maximum Value | Trailer Type* |
|---|---|---|---|---|
| Fruits & Vegetables-Produce | 40% | $80,000 | $100,000 | VR |
| Water Bottles | 20% | $80,000 | $100,000 | VR |
| Soft drinks | 20% | $80,000 | $100,000 | VR |
| Paper Products | 20% | $80,000 | $100,000 | VR |

*Trailer Types:  Car Carrier-CC      Container-CO        Dump Belly-DB     Dump End-DE              Flat Bed-FB
                 Hopper/Grain-HP    Livestock-LV        Log-LG            Mobile/Modular Homes-MH  Tank, Dry Bulk/Pneumatic-TD
                 Tank, Liquid-TL    Van, Dry-VD         Van, Reefer-VR

### DRIVER INFORMATION

35. **Criteria for hiring drivers:** Minimum age: _____25_____     Maximum age: _____70_____
    Years of experience: _____2_____
    Describe MVR standards: Per DOT Requirements _____
36. **How are your drivers paid?**     ☐ Per load     ☒ Per mile     ☐ Other: _____
37. **Total number of employees?** ___1___
38. **Number of employed drivers?** ___1___
39. **Number of drivers hired during the past 12 months?** ___0___
40. **Number of drivers replaced during the past 12 months?** ___0___
41. **Are MVRs reviewed before hiring or leasing a driver?** ................................................................. ☒ Yes ☐ No
42. **Are all drivers listed in the Driver Schedule herein?** .................................................................... ☒ Yes ☐ No

DocuSign Envelope ID: F9CB4B0A-A0C9-495D-B0D4-064C796ECE57

43. List below all drivers employed as of the proposed effective date.

| Driver's Name | Date of Birth | Driver's License No. | State | No. of Years Driving Similar Vehicle | Date of Hire | List Past Three Years of Accidents & Traffic Violations |
|---|---|---|---|---|---|---|
| ROLANDO MONTEAGUDO | 08/27/1960 | D10014131 | AZ | 5 | 7/5/2023 | 3 viol |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## INSURANCE AND LOSS HISTORY

44. Provide loss history for prior five years.

| Policy Period | Prior Carrier | Policy No. | No. of Units Insured | No. Of Losses | Liability Losses Paid/Open | Phys. Dam. Losses Paid/Open | Cargo Losses Paid/Open |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

45. Work experience for new ventures

| Company Name | Supervisor Name | Phone No. | Street Address |
|---|---|---|---|
| NEW LINE TRANSPORT LLC | JUAN ALVAREZ | 305-229-5740 | 1204 NW 137TH AVE |
| | | | |
| | | | |

46. Have you had any insurance canceled, declined or non-renewed in the last three years (Not applicable in Missouri)?................................................................................................................ ☐ Yes ☒ No

    If yes, explain: _____
    _____

## OPERATION HISTORY

47. Provide prior three years, current and projected business history.

| Year | Gross Receipts | Mileage | Number of Power Units |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Year | Gross Receipts | Mileage | Number of Power Units |
|---|---|---|---|
| Current Year | | | |
| Projected for Coming Year | $143,000 | 110,000 | 1 |

DocuSign Envelope ID: F9CB4B0A-A0C9-495D-B0D4-064C796ECE57

## SCHEDULE OF COVERED AUTOS

48. Provide autos to be scheduled on policy.

| No. | Year | Make/Model | VIN No. | GVW/GCW | Stated Value | Radius | Owner's Name | Trailer Type* |
|---|---|---|---|---|---|---|---|---|
| 1 | 2005 | Freightliner | 1FUJA6CK85LN96426 | 80,000 | $ | 2500+ | JUAN ALVA| VR |
|   |   |   |   |   | $ |   |   |   |
|   |   |   |   |   | $ |   |   |   |
|   |   |   |   |   | $ |   |   |   |
|   |   |   |   |   | $ |   |   |   |
|   |   |   |   |   | $ |   |   |   |
|   |   |   |   |   | $ |   |   |   |
|   |   |   |   |   | $ |   |   |   |

*Trailer Types:   Car Carrier-CC      Container-CO      Dump Belly-DB      Dump End-DE      Flat Bed-FB
                  Hopper/Grain-HP    Livestock-LV      Log-LG             Mobile/Modular Homes-MH   Tank, Dry Bulk/Pneumatic-TD
                  Tank, Liquid-TL    Van, Dry-VD       Van, Reefer-VR

## LIENHOLDER INFORMATION

| No. | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |

## LIMIT AND COVERAGE INFORMATION

49. **Liability:** Combined Single Limits $ 1,000,000
50. **Hired Auto:** Cost of Hire: $_____ (Hired auto coverage is subject to audit.)
51. **Non-owned Auto:** Number of Employees: _____
    Partners: _____    Volunteers: _____    (Non-owned auto coverage is subject to audit.)

52. **Uninsured Motorist:**        ☒ Rejected    ☐ Limits Accepted _____
53. **Underinsured Motorist:**     ☒ Rejected    ☐ Limits Accepted _____
    (Complete appropriate UM/UIM Selection/Rejection Form for Questions **52.** and **53.**)

54. **Optional no-fault state:** PIP rejected?................................................................... ☐Yes ☒No
    (Complete appropriate Personal Injury Protection Selection/Rejection Form for Question **54.**)

55. **Medical Payments:** ☒ Rejected    ☐ Limits accepted: _____
56. **Trailer Interchange:** Limit $ _____    Number of Trailer Days: _____
57. **Deductibles:** ☐ Comp $ _____    ☐ SCOL $ _____    ☐ Coll $ _____
58. **Cargo:** Limit $ _____    Deductible: $ _____

This application does not bind YOU or US to complete the insurance, but it is agreed that the information contained herein shall be the basis of the contract should a policy be issued.

Page 5 of 7

DocuSign Envelope ID: F9CB4B0A-A0C9-495D-B0D4-064C796ECE57

**FRAUD WARNINGS:**

**FRAUD WARNING:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties. **Not applicable in Nebraska, Oregon and Vermont.**

**NOTICE TO COLORADO APPLICANTS:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policy holder or claimant for the purpose of defrauding or attempting to defraud the policy holder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**WARNING TO DISTRICT OF COLUMBIA APPLICANTS:** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**NOTICE TO FLORIDA APPLICANTS:** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony in the third degree.

**APPLICABLE IN HAWAII:** For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both.

**NOTICE TO LOUISIANA APPLICANTS:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NOTICE TO MAINE APPLICANTS:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**NOTICE TO MARYLAND APPLICANTS:** Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NOTICE TO MINNESOTA APPLICANTS:** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**NOTICE TO OHIO APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**NOTICE TO OKLAHOMA APPLICANTS:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**NOTICE TO RHODE ISLAND APPLICANTS:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**FRAUD WARNING (APPLICABLE IN TENNESSEE, VIRGINIA AND WASHINGTON):** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**NOTICE TO NEW YORK APPLICANTS (Other than automobile):** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially

DocuSign Envelope ID: F9CB4B0A-A0C9-495D-B0D4-064C796ECE57

false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**FRAUD WARNING APPLICABLE IN THE STATE OF NEW YORK (Automobile):**

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, and any person who knowingly makes or knowingly assists, abets, solicits or conspires with another to make a false report of the theft, destruction, damage or conversion of any motor vehicle to a law enforcement agency, the department of motor vehicles or an insurance company, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the value of the subject motor vehicle or stated claim for each violation.

**NOTICES:**

**NOTICE – COUNTY HALL INSURACNE COMPANY, INC., A RISK RETENTION GROUP:**

The policy for which you are applying is issued by a risk retention group. The risk retention group may not be subject to all insurance laws and regulations of your state of domicile. State insurance insolvency guaranty funds are not available for risk retention groups.

County Hall Insurance Company, Inc., a Risk Retention Group is a Producer Controlled Insurance Company as defined by its domiciliary regulator, the North Carolina Department of Insurance. County Hall Insurance Company, Inc., a Risk Retention Group's Program Administrator is CTC Transportation Insurance Services of Hawaii, LLC.

**NOTICE – SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP, INC.:**

The policy for which you are applying is issued by a risk retention group. The risk retention group may not be subject to all insurance laws and regulations of your state of domicile. State insurance insolvency guaranty funds are not available for risk retention groups.

Spirit Commercial Auto Risk Retention Group is a Producer Controlled Insurance Company as defined by its domiciliary regulator, the Nevada Division of Insurance. Spirit Commercial Auto Risk Retention Group's Program Administrator is CTC Transportation Insurance Services of Missouri LLC.

APPLICANT'S NAME AND TITLE: JUAN ALVAREZ/OWNER

APPLICANT'S SIGNATURE: _[signed]_   DATE: 7/26/2023
(Must be signed by an active owner, partner or executive officer)

PRODUCER'S SIGNATURE: _[signed]_   DATE: 07/26/2023

IOWA LICENSED AGENT: _____
(Applicable in Iowa Only)

AGENT NAME: LOAN THI NGO    AGENT LICENSE NUMBER: W880113
(Applicable in Florida Agents Only)

--- **IMPORTANT NOTICE** ---
As part of the underwriting procedure, a routine inquiry may be made which will provide applicable information concerning character, general reputation, personal characteristics and mode of living. Upon written request, additional information as to the nature and scope of the report, if one is made, will be provided.

DocuSign Envelope ID: F9CB4B0A-A0C9-495D-B0D4-064C796ECE57



AGENCY CUSTOMER ID: _____

# FRAUD STATEMENTS

| AGENCY | CARRIER | NAIC CODE |
|---|---|---|
| 3321 Group LLC | County Hall Insurance Company RRG | 16384 |

| POLICY NUMBER | EFFECTIVE DATE | APPLICANT / NAMED INSURED |
|---|---|---|
| To Be Assigned | 07/27/2023 | ROAD BANG EXPRESS INC |

**Applicable in AL, AR, DC, LA, MD, NM, RI and WV**
Any person who knowingly (or willfully)* presents a false or fraudulent claim for payment of a loss or benefit or knowingly (or willfully)* presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.  *Applies in MD Only.

**Applicable in CO**
It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company.  Penalties may include imprisonment, fines, denial of insurance and civil damages.  Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Applicable in FL and OK**
Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony (of the third degree)*.  *Applies in FL Only.

**Applicable in KS**
Any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act.

**Applicable in KY, NY, OH and PA**
Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties* (not to exceed five thousand dollars and the stated value of the claim for each such violation)*.  *Applies in NY Only.

**Applicable in ME, TN, VA and WA**
It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company.  Penalties (may)* include imprisonment, fines and denial of insurance benefits.  *Applies in ME Only.

**Applicable in NJ**
Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**Applicable in OR**
Any person who knowingly and with intent to defraud or solicit another to defraud the insurer by submitting an application containing a false statement as to any material fact may be violating state law.

**Applicable in PR**
Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties.  Should aggravating circumstances [be] present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

DocuSigned by: _[signature]_    7/26/2023

APPLICANT'S SIGNATURE    DATE (MM/DD/YYYY)

ACORD 63 (2013/09)                                                © 1997-2013 ACORD CORPORATION.  All rights reserved.
The ACORD name and logo are registered marks of ACORD
ACORDs provided by Forms Boss. www.FormsBoss.com; (c) Impressive Publishing 800-208-1977