# EXHIBIT "3"

# SOUTH CAROLINA TRAFFIC COLLISION REPORT FORM
## TR-310 (Rev. 04/2016)

**23293729 ORIGINAL**

**SOUTH CAROLINA DPS/OHS & DMV USE ONLY** — Page # 1 Of 1

| Field | Value |
|---|---|
| # Of Units | 2 |
| Amended - Attach Copy of Original Report Corrected | |
| Notified | 1117 |
| Arrived | 1134 |
| Date | 11-01-2023 |
| Time of Collision | 1112 |
| County | 11 |
| Collision Location | 116 / PRIESTER RD (6 SC Primary, PP) |
| Main line/Connection | 0 |
| Miles | 2 |
| Dir. | E |
| In / Near City or Town of | BLACKSBURG |

Lane # / Dir: NL — Of — NE/SW
Distance Offset: Miles/Feet
Direction: NE/SW
Base Intersection: /
Second Intersection: /
From Ramp Only To: N E 1-Entrance, S W 2-Exit

GPS COORDINATES 00 00'00"
Latitude 35 9 24.79
Longitude 81 28 41.21

---

**Unit 1**

| Field | Value |
|---|---|
| SA-759171 | |
| Driver/Pedestrian's Full Name | RODRIGUEZ ELIER ISIDRO |
| Unit # | 1 |
| Sex | M |
| Race | H |
| Street | 2761 8TH AVE SE |
| # Occ | 1 |
| Birth Date | 06-22-1972 |
| City, State, & Zip | NAPLES FL 34117 |
| State | FL |
| Driver's License # | R362209722220 |
| Class | A |
| Insurance Company | COUNTY HALL INSURANCE COMPANY |
| Year | 2012 |
| Body | SE |
| Vehicle Make | VOLV |
| VIN | 4V4NC9EH8CN544077 |
| State | FL |
| Year | 2024 |
| License Plate # | AB49HB |
| Owner's D.L. # | NONE |
| Home Telephone | 2397787376 |
| Owner's Full Name | VASQUEZ LARITZA M |
| Bus. Telephone | |
| Street | 4955 NW 199TH ST LOT 56 |
| Contributed To Collision | Yes |
| City, State & Zip | MIAMI GARDENS FL 33055 |
| Estimated Speed | 5 |
| Speed Limit | NP |
| C.D.L. Req: Yes / No | Yes |
| T/B S Req: Yes / No | Yes |
| Alc/Drg info (see back): Yes / No | No |
| Statute # | |
| Towed By | No |

---

**Unit 2**

| Field | Value |
|---|---|
| SA-759172 | |
| Driver/Pedestrian's Full Name | LEGALLY PARKED |
| Unit # | 2 |
| Sex | |
| Race | |
| Street | |
| # Occ | 0 |
| Birth Date | |
| City, State, & Zip | |
| State | |
| Driver's License # | |
| Class | |
| Insurance Company | PROGRESSIVE EXPRESS INSURANCE CO |
| Year | 2021 |
| Body | PK |
| Vehicle Make | DODG |
| VIN | 3C63RRJL6MG700646 |
| State | FL |
| Year | 2023 |
| License Plate # | NVED92 |
| Owner's D.L. # | NONE |
| Home Telephone | 4079551011 |
| Owner's Full Name | VANSLYTMAN JOHN VICTOR |
| Bus. Telephone | |
| Street | 603 TRELAGO WAY APT 206 |
| Contributed To Collision | No |
| City, State & Zip | MAITLAND FL 32751 |
| Estimated Speed | 0 |
| Speed Limit | NP |
| C.D.L. Req: Yes / No | No |
| T/B S Req: Yes / No | No |
| Alc/Drg info (see back): Yes / No | No |
| Towed By | Yes — TESSNERS GARAGE |

---

**Unit 3**

| Field | Value |
|---|---|
| SA-759173 | |
| Driver/Pedestrian's Full Name | VANSLYTMAN JOHN VICTOR |
| Unit # | 3 |
| Sex | M |
| Race | B |
| Street | 603 TRELAGO WAY APT 206 |
| # Occ | 0 |
| Birth Date | 09-10-1994 |
| City, State, & Zip | MAITLAND FL 32751 |
| Contributed To Collision | No |
| C.D.L. Req: Yes / No | No |
| T/B S Req: Yes / No | No |
| Alc/Drg info (see back) | No |

Dir. of Travel: Unit 1: S   Unit 2: W   Unit 3: N S E W

---

| Unit 1 Dam. | Unit 2 Dam. | Unit 3 Dam. | Prop. Dam. 1 | Prop. Dam. 2 |
|---|---|---|---|---|
| $1000 | $1000 | $0 | $ | $ |

Photo: Y / N (N)
Pending Investigation: Y / N (N)

**Describe What Happened (Refer to Units by Number):**

UNIT 1 WAS ATTEMPTING TO TURN SOUTH FROM A WEST FACING POSITION WHILE AT 116 PRIESTER ROAD (PRIVATE PROPERTY). UNIT 2 WAS LEGALLY PARKED IN A WEST FACING POSITION ON PRIVATE PROPERTY WHILE UNIT 3 (PEDESTRIAN) WAS WORKING ON UNIT 2. UNIT 1 TURNED IMPROPERLY, ENTERING THE PARKING SPACE OF UNIT 2, STRIKING UNIT 3 AND UNIT 2.

Diagram: 116 PRIESTER ROAD — UNIT 1, UNIT 2, UNIT 3 (PEDESTRIAN)

---

**NOTICE** - THE TR-310 IS FOR STATISTICAL REPORTING PURPOSES ONLY AND IS A REFLECTION OF THE OFFICER'S BEST KNOWLEDGE, OPINION AND BELIEF COVERING THE COLLISION BUT NO WARRANT IS MADE AS THE FACTUAL ACCURACY THEREOF.

| Investigating Officer's Name | Rank | SCCJA# | Jurisdiction Code | Review Date | Reviewer's Name | Rank | Internal Agency Code |
|---|---|---|---|---|---|---|---|
| H. L. PHILLIPS | STPR | 3351-0980 | HP04 | 11-07-2023 | M. A. MEDLEY | CPL | DPSB23CAD389717 |

23293729

| Unit | Date of Birth | Sex | Race | INJ | Seat | R/SD | A.B.D. | Eject | LAI | Tran | Name | Street Address | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06-22-1972 | M | H | a 0 b | 01 | 13 | a 7 b | 1 | 1 | a 2 b | RODRIGUEZ ELIER ISIDRO | 2761 8TH AVE SE NAPLES FL | 34117 |
| 2 | | | | a b | | | a b | | | a b | LEGALLY PARKED | | |
| 3 | 09-10-1994 | M | B | a 3 b | 20 | | a 7 b | 3 | 7 | a 2 b | 1 | VANSLYTMAN JOHN VICTOR | 603 TRELAGO WAY APT 206 MAITLAND FL | 32751 |

### Race
A - Asian/Pacific Islander    W - Caucasian
B - African American    H - Hispanic    O - Other
I - Alaskan Native or American Indian    U - Unk

### Air Bag Deployment / Switch
a) 1- Deployed Front  4- Not Deployed
2- Deployed Side  7- Not Applicable
3- Deployed Both  9- Deployment Unk.
b) 1- Switch In On Position  3- No Switch
2- Switch In Off Position  9- Unknown

### Ejection
1- Not Ejected
2- Part. Ejected
3- Tot. Ejected
7- Not App.
9- Unk.

### a) Injury Status
0- No Apparent Injury  3- Suspected Serious Injury
1- Possible Injury  4- Fatal
2- Suspected Minor Injury

### b) 2 or 3 Wheel Motorized Vehicle Only
**Head Injury**  1) Yes    2) No

### Location After Impact
1- Not Trapped
2- Extricated (Mechanical Means)
3- Freed (non-mech)
4- Not Applicable
9- Unknown

### Sequence of Events

### Seating Loc.
```
   01 02 03
   04 05 06
   07 08 09
```
20- Pedestrian    60- Sleeper of Cab
30- Trailing Unit   70- Riding on Unit Exterior
40- Bus or Van (4th row or Higher)   80- Lap
50- Other Enclosed Area (nontrailing)   99- Unk./NA
51- Other Unenclosed Area (nontrailing)

### Transported to Medical Facility
a) 1- Yes   2- No   3- Unknown
b) By:   1- EMS   2- Police   8- Other   9- Unk.

### Restraint/Safety Device
00- None Used    21- Child Safety Seat
11- Shoulder belt
12- Lap Belt Only    88- Other
13- Shoulder & Lap Belt   99- Unk.

### Pedestrian, Motor/Pedalcycle Only
31- Helmet   51- Reflective Clothing
41- Protective Pads   61- Lighting

### Non-Collision
01- Cargo/Equip Loss or Shift
02- Cross Median/Center
03- Downhill Runaway
04- Equipment Failure
05- Fire/Explosion
06- Immersion
07- Jackknife
08- Overturn/Rollover
09- Ran off Road Left
10- Ran off Road Right
11- Separation of Units
12- Spill (Two-Wheeled Veh.)
18- Other Non-collision
19- Unk. Non collision

### Collision: Not Fixed
20- Animal (Deer Only)
21- Animal (All Other)
22- Motor Veh. (in Transport)
23- Motor Veh. (Stopped)
24- Motor Veh. (Other Roadway)
25- Motor Veh. (Parked)
26- Pedalcycle
27- Pedestrian
28- Railway Veh.
29- Work Zone Maint. Equip.
38- Other Movable Object
39- Unk. Movable Object

### Collision: Fixed Object
40- Bridge Overhead Structure
41- Bridge Parapet End
42- Bridge Pier or Abutment
43- Bridge Rail
44- Culvert
45- Curb
46- Ditch
47- Embankment
48- Equipment
49- Fence
50- Guardrail End
51- Guardrail Face
52- Highway Traffic Sign Post
53- Impact Attenuator/Crash Cushion
54- Light/Luminaire Support
55- Mail Box
56- Median Barrier
57- Overhead Sign Support
58- Other (Post, Pole, Support, Etc.)
59- Other (Wall, Building, Tunnel, Etc.)
60- Tree
61- Utility Pole
62- Work Zone Maint. Equipment
68- Other
69- Unk.

| Event 1 | Event 2 | Event 3 | Event 4 | Most Hrmfl | 1st Hrmfl |
|---|---|---|---|---|---|
| 1 27 | 1 25 | 1 | 1 | 27 | |
| 2 22 | 2 | 2 | 2 | 22 | 27 |
| 3 22 | 3 | 3 | 3 | | |

### Manner of Collision (Struck Veh.)
1 00- Not Coll. w/ Motor Veh.   30- Rear-to-Rear   50- Sideswipe Same Dir.
2 50 1st Hrmfl 10- Rear End   41- Angle   60- Sideswipe Opposite Dir.
3 Collision 20- Head On   42- Angle   70- Backed Into
43- Angle   99- Unknown

### Vehicle Type:
1 13 01- Automobile
2 12 12- Pickup Truck
3 41 13- Truck Tractor
14- Other Truck
15- Full Size Van
16- Mini Van
17- Sport Utility
25- Motorcycle
26- Other Motorbike
27- Pedalcycle
38- Animal Drawn Veh.
39- Animal (Ridden)
41- Pedestrian
51- Train
61- School Bus
62- Passengers Bus
98- Other
99- Unk. (Hit and Run Only)

### Vehicle Use Code
1 07 01- Personal
2 07 02- Driver Training
3 41 03- Construction/Maint.
04- Ambulance
05- Military
06- Transport Passengers
07- Transport Property
08- Farm Use
09- Wrecker or Tow
10- Police
11- Goverment
12- Fire Fighting
13- Logging
18- Other
41- Pedestrian

### Vehicle Attachment
1 3 1- None
2 D 2- Mobile Home
3 3- Semi-Trailer
4- Utility Trailer
5- Farm Trailer
6- Trailer w/ Boat
7- Camper Trailer
8- Towed Motor Vehicle
9- Petroleum Tanker
A- Lowboy Trailer
b- Autocarrier Trailer
C- Other Tanker
D- Flat Bed
E- Twin Trailers
F- Other

### Action Prior to Impact (Vehicle)
1 10 01- Backing
2 08 02- Changing lanes
3 23 03- Entering traffic lane
04- Leaving traffic lane
05- Making U-turn
06- Movements Essentially Straight Ahead
07- Overtaking/passing
08- Parked
09- Slowing or Stopped in traffic
10- Turning left
11- Turning right
88- Other

### (Non-motorist)
21- Approaching Leaving Vehicle
22- Entering/Crossing Location
23- Playing/Working on Vehicle
24- Pushing Vehicle
25- Standing
26- Walking, Playing, Cycling
27- Working
99- Unk.

### 1st / Most Deformed Area

### 1st Deformed
21  2  21

### Most Deformed
21  2  21

21- Pedestrian   81- None   92- Rollover   93- Total   94- Under Carriage   98- Other   99- Unk.

### Alcohol / Drug Test Given
| | A1 | D1 | | A2 | D2 | | A3 | D3 | |
1- Given - Known Results
2- Given - Unusable
3- Given - Pending
4- None
5- Refused

### Test Type
1- Breath (Alc Only)
2- Blood
3- Urine
4- Serum
8- Other

### Drug Results
1- Amphetamines
2- Cocaine
3- Marijuana
4- Opiates
5- PCP
7- None
8- Other
0- None/Minor

### Alc Test Results
A1-
A2-
A3-
1- Two-way, Not Divided
2- Two-way, Divided, Unprotected Median
3- Two-way, Divided, Barrier
4- One-Way
8- Other

A: 1- Gore   3- Median   5- Roadway   7- Sidewalk   9- Unk.
2- Island   4- Roadside   6- Shoulder   8- Outside Trafficway

B: X-walk: 1- Y   2- N   9- U

1- Straight - Level   3- Straight - Hillcrest   5- Curve - On Grade
2- Straight - On Grade   4- Curve - Level   6- Curve - Hillcrest

1- Dry   3- Snow   5- Ice   7- Water (Standing, etc)
2- Wet   4- Slush   6- Contaminate   8- Other   9- Unk.

01- Stop and Go Light   21- Officer or Flagman
02- Flashing Traffic Signal   22- Oncoming Emergency Vehicle
11- RR (X-bucks, Light & Gates)   31- Pavement Markings (only)   43- Yield Sign   51- Flashing Beacon
12- RR (X-bucks & Lights)   41- Stop Sign   44- Work Zone   98- None
13- RR (X-bucks Only)   42- School Zone Sign   45- Other Warning Signs   99- Unk.

1- Yes. Directly   2- Yes. Indirectly   3- No   9- Unk.
1- Before 1st Sign   3- Transition Area   5- Termination Area   1- Yes   2- No
2- Advanced Warning Area   4- Activity Area
1- Shoulder/Median Work   3- Intermittent/Moving Work
2- Lane Shift/Crossover   4- Lane Closure   8- Other   9- Unk.   1- Yes   2- No

### Underride/Override
1 6
2 6
3 
1- Under- Compartment Intrusion
2- Under- No Intrusion
3- Under- Unknown
4- Over MV in transport
5- Over- Other Vehicle
6- None
9- Unk.

### Extent of Deformity
1 2
2 3
3
0- None/Minor
2- Functional Damage
3- Disabling Damage
4- Severe/Totaled
5- Not Applicable
9- Unk.

### Trafficway  8

### Road Character  1

### Road Surface Condition  1

### Traffic Control Type  31

### School Bus Involved: 3
### Work Zone: 2
### Work Zone Location
### Work Zone Type
### Workers Present:

### Weather Condition
1 1- Clear (no adverse conditions)
2- Rain
3- Cloudy
4- Sleet, Hail
5- Snow
6- Fog, Smog, Smoke
7- Blowing Sand,  Oil, Dirt or Snow
8- Severe Crosswinds
9- Unk.

### Light Condition
1 1- Daylight
2- Dawn
3- Dusk
4- Dark (Lighting Unspecified)
5- Dark (Street Lamp Lit)
6- Dark (Street Lamp Not Lit)
7- Dark (No Lights)

### Junction Type
13 01- Crossover
02- Driveway
03- Five/More Points
04- Four-way Intersection
05- Railway Grade Crossing
07- Shared Use Paths or Trail
08- T-Intersection
09- Traffic Circle
12- Y - Intersection
13- Nonjunction
99- Unk.

### Primary 09

### Contributing Factors

**Driver**
01- Disregarded Signs, Signal, Etc.
02- Distracted/Inattention
03- Driving Too Fast for Conditions
04- Exceeded Authorized Speed Limit
05- Failed to Yield Right of Way
06- Ran off Road
07- Fatigued/Asleep
08- Followed Too Closely
09- Made an Improper Turn
10- Medical Related
12- Aggressive Operation of Vehicle
13- Over-correcting/Over-steering
14- Swerving to Avoid Object
15- Wrong Side or Wrong Way
16- Under the Influence
17- Vision Obscured (Within Unit)
18- Improper lane Usage/Change
19- Cell Phone
20- Texting
28- Other Improper Action   29- Unk.

**Roadway**
30- Debris
31- Non-highway Work
32- Obstruction in Roadway
33- Road Surface Condition (i.e., Wet)
34- Rut, Holes, Bumps
35- Shoulders (None, Low, Soft, High)
36- Traffic Control Device (I.e., Missing)
37- Work Zone (Constr./Maint./Utility)
38- Worn, Travel-Polished Surface
48- Other
49- Unk.

**Non-Motorist**
50- Inattentive
51- Lying &/or Illegailly in Roadway
52- Failure to Yield R. of W.
53- Not Visible (Dark Clothing)
54- Disregard Signs, Signals, Etc.
55- Improper Crossing
56- Darting
57- Wrong Side of Road
58- Other   59- Unk.
66- Under the Influence
67- Other Person Under Influence

**Environmental**
60- Animal in Road
61- Glare
62- Obstruction
63- Weather Cond.
68- Other   69- Unk.

**Vehicle Defect**
70- Brakes
71- Steering
72- Power Plant
73- Tires/Wheel
74- Lights
75- Signals
76- Windows/Shield
77- Restraint System
78- Truck Coupling
79- Cargo
80- Fuel System
88- Other   89- Unk.

Others: