# EXHIBIT "4"

| ACCIDENT | DRIVER/VEHICLE EXAMINATION REPORT | Inspect 1.129.8696 |
|---|---|---|
| **South Carolina State Transport Police**<br>P. O. Box 1993<br>https://www.scdps.sc.gov/scstp<br>Blythewood, SC 29016<br>Phone: (803)896-5500 Fax: (803)896-5526 | | **Report Number:** SCB376000430<br>**Inspection Date:** 11/01/2023<br>**Start:** 12:38 PM ET  **End:** 2:24 PM ET<br>**Inspection Level:** I - Full<br>**HM Inspection Type:** None |

**Carrier:** ROAD BANG EXPRESS INC
**DBA:**
3620 NW 30TH AVE LOT E506
MIAMI, FL, 33142
**USDOT:** 4085799          **Phone#:** (786)360-6216
**MC/MX#:** 1555399         **Fax#:**
**State#:**
**Location:** CHEROKEE CNTY SECONDARY ROADS
**Highway:**
**County:** CHEROKEE
**Email:** ROADBANGEXPRESS@HOTMAIL.COM

**Driver:** RODRIGUEZ, ELIER I
**License#:** R362209722220        **State:** FL
**Date of Birth:** 06/22/1972
**CoDriver:**
**License#:**                       **State:**
**Date of Birth:**
**Milepost:**         **Shipper:** N/A
**Origin:** BREVARD,NC              **Bill of Lading:** EMPTY
**Destination:** MONROE,NC          **Cargo:** EMPTY

### VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate | Equipment ID | VIN | GVWR | CVSA # | Issued # | OOS Sticker |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | VOLV | 2012 | FL | AB49HB | 28 | 4V4NC9EH8CN544077 | 50350 | | | B376000430 |
| 2 | ST | GDAN | 2012 | FL | QB79DE | R02738 | 1GRAA0629CW702738 | 68000 | | | |

### BRAKE ADJUSTMENTS

| Axle # | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Right | 1 1/4 | 1 1/4 | 1 1/4 | 2 | 1 1/4 |
| Left | 1 3/8 | 1 3/8 | 1 3/8 | **2 3/4** | 1 1/4 |
| Chamber | C-24 | C-30 | C-30 | C-30 | C-30 |

### VIOLATIONS

| Section | Type | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 393.9 | F | 1 | N | | N | N | Inoperable Required Lamp: Right front turn lamp inop. |
| 393.9 | F | 1 | N | | N | N | Inoperable Required Lamp: Right front hazard lamp inop. |
| 396.3A1-LC | F | 1 | N | | N | N | Brake - Leak from air chamber.: Audible air leak that can be heard and felt coming from brake chamber due to ruptured diaphragm. Axle 3 Right side. |
| **393.43A** | **F** | **1** | **Y** | **WA49768** | **U** | **N** | **No/improper tractor protection valve: Tractor protection valve engages, while air continues to leak from emergency glad hand. Valve was tested twice.** |
| 396.3A1BOS | F | 1 | Y | | U | N | BRAKES OUT OF SERVICE: The number of defective brakes is equal to or greater than 20 percent of the service brakes on the vehicle or combination: One brake out of adjustment full defect and one ruptured diaphragm. |
| 393.53B | F | 2 | N | | N | N | CMV manufactured after 10/19/94 has an automatic airbrake adjustment system that fails to compensate for wear: See brake chart. |
| 393.47E | F | 2 | N | | N | N | Clamp or Roto type brake out-of-adjustment: See brake chart. |
| 395.30B1 | F | D | N | | N | N | Driver failed to certify the accuracy of the information gathered by the ELD: Driver failed to certify accuracy of ELD on 10/25/2023. |
| 395.30B1 | F | D | N | | N | N | Driver failed to certify the accuracy of the information gathered by the ELD: Driver failed to certify accuracy of ELD on 10/26/2023. |
| 395.30B1 | F | D | N | | N | N | Driver failed to certify the accuracy of the information gathered by the ELD: Driver failed to certify accuracy of ELD on 10/27/2023. |
| 395.30B1 | F | D | N | | N | N | Driver failed to certify the accuracy of the information gathered by the ELD: Driver failed to certify accuracy of ELD on 10/28/2023. |
| 395.30B1 | F | D | N | | N | N | Driver failed to certify the accuracy of the information gathered by the ELD: Driver failed to certify accuracy of ELD on 10/29/2023. |
| 395.30B1 | F | D | N | | N | N | Driver failed to certify the accuracy of the information gathered by the ELD: Driver failed to certify accuracy of ELD on 10/30/2023. |
| 395.30B1 | F | D | N | | N | N | Driver failed to certify the accuracy of the information gathered by the ELD: Driver failed to certify accuracy of ELD on 10/31/2023. |

**HazMat:** No HM transported          **Placard:**          **Cargo Tank:**



Page 1 of 2                    04085799 SC SCB376000430

| ACCIDENT | | DRIVER/VEHICLE EXAMINATION REPORT | | Inspect 1.129.8696 |
|---|---|---|---|---|

**South Carolina State Transport Police**
P. O. Box 1993
https://www.scdps.sc.gov/scstp
Blythewood, SC 29016
Phone: (803)896-5500 Fax: (803)896-5526

**Report Number:** SCB376000430
**Inspection Date:** 11/01/2023
**Start:** 12:38 PM ET  **End:** 2:24 PM ET
**Inspection Level:** I - Full
**HM Inspection Type:** None

| **Special Checks:** | Alcohol/Controlled Substance Check Conducted by Local Jurisdiction<br>Size and Weight Enforcement<br>eScreen Inspection | Traffic Enforcement<br>PASA Conducted Inspection<br>Drug Interdiction Search | X Post Crash Inspection<br>PBBT Inspection |
|---|---|---|---|

**State Information:**
Vehicle Rechecked: N; CDL Check: Y; Driver Mailing Address: 2761 8TH AVE SE; Driver City, State, Zip: NAPLES, FL, 34117; Driver Race: H; Driver Sex: M; Financ Responsibility Verified: Y; Portable Scales Utilized: N ; Operating Authority Verified: Y; Fed OOS Verified: Y

Pursuant to the authority contained in Title 49, CFR; Section 396.9 of the Transportation Rules/Regulations. I hereby declare the above marked vehicle(s)/driver as "OUT OF SERVICE". No person shall remove the Out of Serivce Stickers applied to these vehicles, or operate such vehicles until the out of service defects have been repaired and the vehicles have been restored to safe operating condition.

**Advisory:** This vehicle has been identified as having brake adjustment violations. 49 CFR Section Section 393.53 requires that a brake system be equipped on this vehicle. A qualified service technician needs to determine why the defective brake has excessive stroke and make the appropriate repairs. Simply re-adjusting a self-adjusting brake adjustor, or replacing it, does not guarantee that the problem is corrected. The problem may exist in the foundation brake system. By certifying this inspection report you have indicated that this vehicle now has a properly functioning self-adjusting brake adjustment system.

Failure to return this report with the required certification can result in penalties up to $1,000 per day for each day the violation continues, up to a total of $10,000.

Signature Of Repairer X: _____ Facility: _____ Date: _____

CARRIER CERTIFICATION: The undersigned certifies that all violations on this report have been corrected and action has been taken to assure compliance with the Federal Motor Carrier Safety and Hazardous Material Regulations insofar as they are applicable to motor carriers and drivers. This certification MUST BE SIGNED by the Motor Carrier and RETURNED WITHIN 15 days to the: South Carolina State Transport Police, P.O. Box 1993, Blythewood, South Carolina 29016. There are 3 ways to submit your certification: by Mail, by Fax, or E-Mail (InspectionCertifications@scdps.gov).

Signature Of Motor Carrier X: _____ Title: _____ Date: _____

**TRUCKERS AGAINST TRAFFICKING**
If you suspect human trafficking please contact 911 and call the national human trafficking hotline at 1-888-373-7888. Make the call, save lives! Go to https://truckersagainsttrafficking.org/ to learn more.

<u>Report Prepared By:</u>
C. A. Burden

<u>ID/Badge #:</u>
SC0376

<u>Copy Received By:</u>
ELIER RODRIGUEZ

X _____

X _____

04085799 SC SCB376000430

 

# SOUTH CAROLINA HIGHWAY PATROL
# ADVANCED COLLISION INVESTIGATION

## Packet Approval Form

| Investigating Officer's Name: | H.L. Phillips |
|---|---|
| County of Incident: | Cherokee |
| Location: | 116 Priester Road (Loves Travel Plaza) |
| Date of Incident: | 11/1/2023 |

I have reviewed the attached Major Investigation Packet for verification of accuracy and completeness:

___Sgt. Bri ?. Allen___  ___11/13/23___
Team Supervisor or Designee Signature       Date

___F/Sgt. W.B. Caughman___  ___11/12/23___
Post Commander or Designee       Date

Comments:

This Advanced Collision Investigation Packet has been reviewed and approved:

___Lt. E.D. McLee___  ___11·15·2023___
Troop Coordinator       Date

1

 

# SOUTH CAROLINA HIGHWAY PATROL
# ADVANCED COLLISION INVESTIGATION
# COVER SHEET

Date: 11/ 02 / 2023  Time: 11:12  County: Cherokee

Incident Type: Fatal Collision

On-Scene Supervisor: Corporal M.A. Medley   Primary Investigating Officer: S/Trp H.L. Phillips
MAIT Associate: N/A   CRO Notified: M/Trp J.G. Miller
Assisting Troopers: S/Trp D.L.R. Smith

Coroner: Josh Parker   Phone # (864) 487 - 6225
Address of Coroner: 122 Administrative Dr, Gaffney SC 29340
Were Photographs Taken? Yes  By Whom? S/Trp D.L.R. Smith   # of Photos Taken: 112
Weather Conditions: Dry   Roadway Surface: Dry
Roadway Construction: Asphalt   If Other, Describe:
Roadway Defects Present: No   If Yes, Describe:
Type of Area: Business
Speed Limit: 0   mph   Posted? No   Date Posted: N/A
Other Traffic Signs or Signals: N/A   Date Posted

---

**If any charges were filed:**

Defendant's Name: _____

Charges: _____

Summons or Warrant Number(s): _____

Solicitor's Office Contact: _____   Phone # ( ) -

Address:

Other Agencies on the Scene and Names of Their Personnel:

| Agency | Names |
|---|---|
| Thorne EMS | ▮▮▮▮ |
| Antioch VFD | Logan Neal |
| Grover VFD | Holden Neal |

2




# SOUTH CAROLINA
# HIGHWAY PATROL
10311 Wilson Blvd.
Blythewood, SC 29016

Robert G. Woods, IV
Department of Public Safety
Director

Colonel C.N. Williamson
Highway Patrol
Commander

**Advanced Collision Investigation and Major Incident Checklist**

The following documents, information and items must be submitted with each fatality, felony DUI or other major collision investigation along with a copy of this checklist.

| Document | Select One | Remarks |
|---|---|---|
| TR-310 | ☒Yes ☐No ☐N/A | SA-759171 |
| Incident Report | ☐Yes ☐No ☒N/A | |
| TAVA Report | ☐Yes ☐No ☒N/A | |
| Toxicology Report | ☐Yes ☐No ☐N/A ☒Pending | |
| Coroner's Report | ☐Yes ☐No ☐N/A ☒Pending | |
| Driver's Records | ☒Yes ☐No ☐N/A | |
| Witness Statements: (check)<br>☒Driver ☐Passenger ☐Other | ☒Yes ☐No ☐N/A | Axon BWC |
| Photographs | ☒Yes ☐No ☐N/A | DPSB23CAD389717 |
| Video | ☒Yes ☐No ☐N/A | DPSB23CAD389717 |
| Field Notes and Field Sketch | ☒Yes ☐No ☐N/A | |
| Copy of Summons (if applicable) | ☐Yes ☐No ☒N/A | |
| Search Warrants (if applicable) | ☐Yes ☐No ☒N/A | |
| Arrest Warrants (if applicable) | ☐Yes ☐No ☒N/A | |
| MAIT Report | ☐Yes ☐No ☒N/A ☐Pending | |

Supervisor's Signature    11/13/23
                          Date

3

## Statement/Collision Summary Continued

Use this page to describe the sequence of events before, during and after the collision.

On 11/01/2023 I, Senior Trooper Phillips, responded to 116 Priester Road (Loves Travel Plaza) in Cherokee County in reference to a motor vehicle collision.

Upon my arrival, I observed a black 2021 Ram pickup (FL NVED92) legally parked and a red 2012 Volvo truck tractor (FL AB49HB) beside it. I spoke with the operator of the Volvo, Elier Rodriguez, who stated he had come from Brevard North Carolina and was attempting to leave the parking space to go to Monroe North Carolina and noticed the driver of the Ram ( John Vanslytman) working on his truck. Mr. Rodriguez could not remember the times he had departed from Brevard or arrived at the Loves. Mr. Rodriguez stated he saw Mr. Vanslytman at the passenger side door of his pickup and when he went to turn, started to hear screaming. Mr. Rodriguez stated he backed his truck back into the spot and attempted to help Mr. Vanslytman. Mr. Vanslytman's arrival departure times are unknown due to him being deceased.

As I continued to gather information and piece together what happened, Senior Trooper Smith began to paint the scene and take photographs. It was determined that while Mr. Vanslytman was working on his pickup truck, Mr. Rodriguez started to turn before exiting his parking spot. This caused Mr. Rodriguez's trailer to enter into Mr. Vanslytman's parking spot and pin him against his truck. Mr. Vanslytman succumed to injuries he sustained. Mr. Vanslytman was transported to the Cherokee County Morgue. Mr. Vanslytman's truck and trailer was towed by Tessners Garage which was utlizied by the Troop 4 Post A wrecker rotation list. Mr. Rodriguez was shown contributing for making an improper turn and was given an FR-10. Gerald Vanslytman, Mr. Vanslytman's father, was notifed by Cherokee County Coroner Dennis Fowler via telephone.

4

# Diagram of Collision Scene

Use Drawing Templates for the Diagram.



5

# Operator/Pedestrian/Pedalcyclist Information for Unit # 1

Name: Elier Isidro Rodriguez              Home Phone: (239) 778 - 7376
Address: 2761 8th Ave SE                  Work Phone: (   )   -
         Naples, FL 34117
Date of Birth: 06/22/1972    Race: H      Sex: Male    Injury: No
Driver's License Number: R362209722220    State: FL    Class: A
Injuries: None   Transported To: N/A      Transported By: None
Occupation: Truck Driver                  Employer: Road Bang Express Inc
Evidence of: None    Test Type:           Results (attach) N/A
Test Given By: N/A                        Agency or Location:
Condition: Good    Indicate any known medical conditions: N/A
List any physical evidence found: None

What time did the subject's trip begin? Unknown    Trip origination: Brevard NC
Destination of trip: Monroe NC                     Purpose of trip: Deliver Load
Location of last stop: Loves Travel Plaza   Arrival: Unknown   Departed: 11:12 AM
Purpose for the last stop: Rest

## Driver History
**Attach a Driver's Record**

Years of Driving Experience: 33    Was the driver familiar with:    Vehicle? Yes    Roadway? Yes
Driver's Restrictions: None                                                         Complied with?: Yes
CDL Endorsements: All Vehicles Except Tractor Trailers w/ 5th Wheels                Complied with?: Yes

Additional Comments:

Unit could not remember his departure or arrival times and had no electronic record of times to give to State Transport Police Officers on scene.

# Post Collision Vehicle Inspection for Unit # 1

Year: 2012   Make: Volvo   Model: Semi-Truck   Color: Red

Owner: Laritza Mildred Jimenez Vasquez   Home Phone: (239) 778 - 7376

Address: 4955 NW 199th St Lot 56   Work Phone: ( ) -

Miami Gardens, FL 33055

License Plate Number: AB49HB   State: FL   Expiration Date: 04 / 2024

VIN: 4V4NC9EH8CN544077   Mileage: 954,325.5

Transmission: Manual   Gear Observed In: P

| Lighting | Equipped | | Sealed & Intact | Switch Position & Settings |
|---|---|---|---|---|
| Head Lights | Left: | Yes | Yes | Off |
| | Right: | Yes | Yes | Off |
| Tail Lights | Left: | Yes | Yes | Off |
| | Right: | Yes | Yes | Off |
| Brake Lights | Left: | Yes | Yes | Off |
| | Right: | Yes | Yes | Off |
| Turn Signals | Left: | Yes | Yes | Off |
| | Right: | Yes | Yes | Off |
| Park Lights | Left: | Yes | Yes | Off |
| | Right: | Yes | Yes | Off |

| Electrical | Equipped | Operative | Switch Position |
|---|---|---|---|
| Wipers | Yes | Yes | Off |
| Radio | Yes | Yes | Off  Volume: None |
| Horn | Yes | Yes | Off |

Remarks:

- 8 -

## Post Collision Vehicle Inspection for Unit # 1

| Windows | Up or Down | Detached | Shattered | Tinted | Remarks |
|---|---|---|---|---|---|
| Windshield | N/A | No | No | No | |
| Rear Window | N/A | No | No | No | |
| Left Front | Up | No | No | Yes | |
| Right Front | Up | No | No | No | |
| Left Rear | | | | | |
| Right Rear | | | | | |
| Other Left | | | | | |
| Other Right | | | | | |

| Mirrors | Installed | Intact | Remarks |
|---|---|---|---|
| Inside Rear View | No | | |
| Outside Left | Yes | Yes | |
| Outside Right | Yes | Yes | |

| Safety Belts | Shoulder Harness | Airbag | Airbag Switch Available? | Airbag Switch Position |
|---|---|---|---|---|
| Front Left | Yes | No | No | N/A |
| Front Center | | | | |
| Front Right | Yes | No | No | N/A |
| 2nd Row Left | | | | |
| 2nd Row Center | | | | |
| 2nd Row Right | | | | |
| 3rd Row Left | | | | |
| 3rd Row Center | | | | |
| 3rd Row Right | | | | |
| Other | | | | |

**Exterior Damage**

Damage Type: Minor

*Mark the damaged areas.*

☐ 3   ☐ 2   ☐ 1   ☐ 4   ☐ 8   ☐ 7   ☐ 5   ☐ 6

# Post Collision Vehicle Inspection for Unit # 1

Assessment of Overall Vehicle Condition:    Good

## Tires

| Wheel | Thread Condition | Damage To | Remarks (Inflated/Deflated) |
|---|---|---|---|
| FL Tire | Good | None | Inflated |
| RF Tire | Good | None | Inflated |
| LR Outer | Good | None | Inflated |
| RR Outer | Good | None | Inflated |
| LR Inner | Good | None | Inflated |
| RR Inner | Good | None | Inflated |

and inner if a dual wheel vehicle is involved. Otherwise, only use the outer

Using the diagrams below, circle the damaged areas on the wheel assemblies with the valve stem at the 12:00 o'clock position as shown.

   

Left Front          Right Front          Left Rear          Right Rear

If there is damage other than what is listed above, list it here. This damage must be specific to this collision. (It is always good to take photographs of all damage to tires/wheels.)

   Damage is to trailer.

# Operator/Pedestrian/Pedalcyclist Information for Unit # 2

Name: Legally Parked            Home Phone: ( ) -
Address: _____        Work Phone: ( ) -
_____

Date of Birth: _____ Race: _____ Sex: _____ Injury: _____
Driver's License Number: _____ State: _____ Class: _____
Injuries: _____ Transported To: _____ Transported By: _____
Occupation: _____ Employer: _____
Evidence of: _____ Test Type: _____ Results (attach) _____
Test Given By: _____ Agency or Location: _____
Condition: _____ Indicate any known medical conditions: _____
List any physical evidence found: _____

What time did the subject's trip begin? _____ Trip origination: _____
Destination of trip: _____ Purpose of trip: _____
Location of last stop: _____ Arrival: _____ Departed: _____
Purpose for the last stop: _____

## Driver History
**Attach a Driver's Record**

Years of Driving Experience: _____ Was the driver familiar with: Vehicle? _____ Roadway? _____
Driver's Restrictions: _____ Complied with?: _____
CDL Endorsements: _____ Complied with?: _____

Additional Comments:

- 11 -

# Post Collision Vehicle Inspection for Unit # 2

Year: 2021    Make: Ram    Model: 3500    Color: Black

Owner: John Victor Vanslytman    Home Phone: (347) 437 - 7129

Address: 603 Trelago Way Apt 206    Work Phone: ( ) -

Maitland FL 32751

License Plate Number: NVED92    State: FL    Expiration Date: 12 / 2023

VIN: 3C63RRJL6MG700646    Mileage: 157,105

Transmission: Automatic    Gear Observed In: Park

| Lighting | Equipped | | Sealed & Intact | Switch Position & Settings |
|---|---|---|---|---|
| Head Lights | Left: | Yes | Yes | Off |
| | Right: | Yes | Yes | Off |
| Tail Lights | Left: | Yes | Yes | Off |
| | Right: | Yes | Yes | Off |
| Brake Lights | Left: | Yes | Yes | Off |
| | Right: | Yes | Yes | Off |
| Turn Signals | Left: | Yes | Yes | Off |
| | Right: | Yes | Yes | Off |
| Park Lights | Left: | Yes | Yes | Off |
| | Right: | Yes | Yes | Off |

| Electrical | Equipped | Operative | Switch Position |
|---|---|---|---|
| Wipers | Yes | Yes | Off |
| Radio | Yes | Yes | Off  Volume: None |
| Horn | Yes | Yes | Off |

Remarks:

## Post Collision Vehicle Inspection for Unit # 2

| Windows | Up or Down | Detached | Shattered | Tinted | Remarks |
|---|---|---|---|---|---|
| Windshield | N/A | No | No | No | |
| Rear Window | N/A | No | No | No | |
| Left Front | Up | No | No | Yes | |
| Right Front | Up | No | No | Yes | |
| Left Rear | Up | No | No | Yes | |
| Right Rear | Up | No | No | Yes | |
| Other Left | | | | | |
| Other Right | | | | | |

| Mirrors | Installed | Intact | Remarks |
|---|---|---|---|
| Inside Rear View | Yes | Yes | |
| Outside Left | Yes | Yes | |
| Outside Right | Yes | Yes | |

| Safety Belts | Shoulder Harness | Airbag | Airbag Switch Available? | Airbag Switch Position |
|---|---|---|---|---|
| Front Left | Yes | Yes | No | N/A |
| Front Center | | | | |
| Front Right | | | | |
| 2nd Row Left | | | | |
| 2nd Row Center | | | | |
| 2nd Row Right | | | | |
| 3rd Row Left | | | | |
| 3rd Row Center | | | | |
| 3rd Row Right | | | | |
| Other | | | | |

**Exterior Damage**

Damage Type: Minor

*Mark the damaged areas.*



- 14 -

## Post Collision Vehicle Inspection for Unit # 2

Assessment of Overall Vehicle Condition:   Good

### Tires

| Wheel | Thread Condition | Damage To | Remarks (Inflated/Deflated) |
|---|---|---|---|
| FL Tire | Good | None | Inflated |
| RF Tire | Good | None | Inflated |
| LR Outer | Good | None | Inflated |
| RR Outer | Good | None | Inflated |
| LR Inner | Good | None | Inflated |
| RR Inner | Good | None | Inflated |

and inner if a dual wheel vehicle is involved. Otherwise, only use the outer

Using the diagrams below, circle the damaged areas on the wheel assemblies with the valve stem at the 12:00 o'clock position as shown.

   

Left Front          Right Front          Left Rear          Right Rear

If there is damage other than what is listed above, list it here. This damage must be specific to this collision. (It is always good to take photographs of all damage to tires/wheels.)

## Unit# 1

Surface Marks Left?   No

**Pre- Collision Skid Marks:**

|  | Yes | No | Length |
|---|---|---|---|
| Right Front | ☐ | ☒ |  |
| Left Front | ☐ | ☒ |  |
| Right Rear | ☐ | ☒ |  |
| Left Rear | ☐ | ☒ |  |

**Post-Collision Skid Marks:**

|  | Yes | No | Length |
|---|---|---|---|
| Right Front | ☐ | ☒ |  |
| Left Front | ☐ | ☒ |  |
| Right Rear | ☐ | ☒ |  |
| Left Rear | ☐ | ☒ |  |

Yaw Marks:   No      Chord:   N/A         Middle Ordinate:   N/A

Remarks:

## Unit# 2

Surface Marks Left?   No

**Pre- Collision Skid Marks:**

|  | Yes | No | Length |
|---|---|---|---|
| Right Front | ☐ | ☒ |  |
| Left Front | ☐ | ☒ |  |
| Right Rear | ☐ | ☒ |  |
| Left Rear | ☐ | ☒ |  |

**Post-Collision Skid Marks:**

|  | Yes | No | Length |
|---|---|---|---|
| Right Front | ☐ | ☒ |  |
| Left Front | ☐ | ☒ |  |
| Right Rear | ☐ | ☒ |  |
| Left Rear | ☐ | ☒ |  |

Yaw Marks:   No      Chord:   N/A         Middle Ordinate:   N/A

Remarks:

| Total Number of Lanes for Roadway Section: 0 |
|---|
| Width of Lane 1: |
| Width of Lane 2: |
| Width of Lane 3: |
| Width of Lane 4: |
| Width of Lane 5: |
| Width of Lane 6: |
| Total Width: |